IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02327-MSK

VIRGINIA C. JAMES-SCOTT,

    Plaintiff,

v.

MENTAL HEALTH CENTER,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Notice to Dismiss Case" **(#18)** filed February 9, 2007. The Court having reviewed the foregoing:

**ORDERS** that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

Dated this 9th day of February, 2007

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge